To whom it may concern, my name is Johnny Sewash. I was wanting to see what the RECEIVED IN COURT OF CRIMINAL APPEALS AUG 03 2015 Abel Acosta, Clerk criminal case is and what the next need to take to continue this case. As I have stated before the violations along with evidence of my innocence ( failure of physical biological) evidence on video tape along with violations of my civil rights ( failure of miranda rights being read before interrogation began and also failure during interrogation. As well as violation of failure to promise act. my trial court should have this video of my defense attorney Richard Ritchie and appellate attorney Phillip Gregory. once again I am not asking for legal advice I am just wanting a status on my criminal case thank you

Johnny Davis Jr.